**WO**                                                                                                              SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly May Furlong, ) | No. CV 07-0486-PHX-SMM (JRI) |
|        Plaintiff, ) | **ORDER** |
| vs. ) | |
| MCSO, et al., ) | |
|        Defendants. ) | |

      Plaintiff Kelly May Furlong, who is confined in the Estrella Jail in Phoenix, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 without paying the $350.00 civil action filing fee or filing a complete Application to Proceed *In Forma Pauperis*. (Doc.# 1.)[1] Previously, the Court gave Plaintiff 30 days in which either to pay the fee or to file a properly completed Application to Proceed *In Forma Pauperis*. (Doc.# 3.) The Court specifically noted that while Plaintiff had filed an Application to Proceed *In Forma Pauperis*, she had failed to have the "Certificate of Correctional Official as to Status of Applicant's Trust Account" section of her Application completed and granted her 30 days in which to submit a properly completed Application or to pay the filing fee. (Id.) In response to the Court's Order, Plaintiff submitted a new *in forma pauperis* application that, like her previous application, also did not have the Certificate of Correctional Official as to Status of Applicant's Trust Account completed. (Doc.# 4.)

      The Court previously informed Plaintiff that this action would be dismissed without

---

[1] "Doc.#" refers to the docket number of filings in this action.

1  prejudice if she either failed to timely submit a properly completed *in forma pauperis*
2  application or to pay the filing fee. (Doc.# 3.) Plaintiff failed to comply with the Court's
3  previous Order. Accordingly, the Complaint and this action will be dismissed without
4  prejudice.

5  **IT IS ORDERED**:

6      (1) Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED**. (Doc.# 4.)

7      (2) The Clerk of Court shall enter judgment of dismissal of the Complaint and this
8  action WITHOUT PREJUDICE.

9      DATED this 24th day of April, 2007.

Stephen M. McNamee
United States District Judge

- 2 -